| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA S. LINTHICUM,

          Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,[1]

          Defendant.

CASE NO. 3:16-cv-05048 JRC

ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES, AND COSTS

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Motion for Equal Access to Justice Act Fees, Expenses, and Costs (*see* Dkt. 18). Defendant has no objection to plaintiff's motion (*see* Dkt. 20).

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion
2   and memorandum (*see* Dkt. 18), the attorney declaration and time and expense itemizations (Dkt.
3   19, Attachments 1, 2, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's
4   fees of $5,022.40 and expenses in the amount of $11.82 (postage), shall be awarded to plaintiff
5   pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S.
6   LEXIS 4763 at ***6-***7 (2010).

7   It is further ORDERED that costs in the amount of $63.23 (printing charges) shall be
8   awarded to plaintiff pursuant to 28 U.S.C. §1920.

9   The Acting Commissioner shall contact the Department of Treasury after the Order for
10  EAJA fees, expenses, and costs is entered to determine if the EAJA fees, expenses, and costs are
11  subject to any offset.  If it is determined that plaintiff's EAJA fees, expenses, and costs are not
12  subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then
13  the check for EAJA fees, expenses, and costs shall be made payable to Francisco Rodriguez,
14  Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Contract of
15  Employment-Federal Court Only, Dkt. 19, Attachment 4).  If there is an offset, the remainder
16  shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*,
17  *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses, and costs shall be
18  mailed to plaintiff's counsel, Francisco Rodriguez, Esq., at Law Office of Francisco Rodriguez,
19  P.O. Box 31844, Seattle, WA 98103.

20  Dated this 31st day of January, 2017.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER ON UNOPPOSED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES,
AND COSTS - 2